FILED
CLERK, U.S. DISTRICT COURT

MAR 2 3 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

SEAN McALLISTER,

　　　　　　Plaintiff,

　　v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

　　　　　　Defendant.

No. SA CV 14-00716-VAP (DFM)

Order Accepting Final Report and
Recommendation of United States
Magistrate Judge

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Final Report and Recommendation of the assigned United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

///

///

///

///

///

1    IT IS THEREFORE ORDERED that Judgment be entered affirming

2   the Commissioner and dismissing this action with prejudice.

3

4   Dated: March 22 2014

5                                                  VIRGINIA A. PHILLIPS

6                                                  United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28