JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAR 23 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SEAN McALLISTER,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. SA CV 14-00716-VAP (DFM)<br><br>JUDGMENT |

In accordance with the Order Accepting Final Report and Recommendation of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that that the decision of the Commissioner of Social Security is affirmed and this matter is dismissed with prejudice.

Dated: March 22 2016

VIRGINIA A. PHILLIPS
United States District Judge